IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alisudjana Hardjo, | NO. C 06-02722 JW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| The People of California, | |
| Defendant. | |

On April 21, 2006, Plaintiff filed this Complaint. On May 1, 2006, the Court granted Plaintiff leave to proceed in *forma pauperis*. However, pursuant to 28 U.S.C § 1915(e)(2), the Court conducted a review of the Complaint and dismissed the Complaint with leave to amend by June 30, 2006. (See Docket Item No. 5.) To date, well over three years later, Plaintiff has not amended his Complaint or otherwise communicate with the Court.

It appears that Plaintiff has abandoned this litigation. Accordingly, the Court dismisses this action without prejudice. The Clerk shall close this file.

Dated: September 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alisudjana Hardjo
1261 Balboa Court
Sunnyvale, Ca 94086

**Dated: September 30, 2009**                    **Richard W. Wieking, Clerk**

                                                 **By:     /s/ JW Chambers
                                                          Elizabeth Garcia
                                                          Courtroom Deputy**